JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Marc Rivera,<br><br>         Plaintiff,<br><br>  v.<br><br>Western Express, Inc., et al.,<br><br>         Defendants. | Case No.<br>EDCV 18-697 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motions for Summary Judgment by Defendant Western Express, Inc. GRANTED. Plaintiff Marc Rivera's complaint against Defendants is DISMISSED.

Judgment is entered in favor of Defendants.

Dated: October 18, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge